ACCEPTED
12-14-00044-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/17/2015 3:28:32 PM
CATHY LUSK
CLERK

In The Twelfth Court Of Appeals
Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/17/2015 3:28:32 PM

CATHY S. LUSK
Clerk

**No. 12-14-00044-CR**

*Shakeitha Cartwright, Appellant,*
*v.*
*The State of Texas, Appellee.*

On Appeal from the 273rd District Court, Shelby County, Texas
Trial Court Cause No. 2013-CR-18695

APPELLANT'S MOTION FOR RULING ON MOTION TO ABATE APPEAL AND FOR *DE NOVO* HEARING UNDER 38.22 §6, Tx. Code Crim. Proc.

Seth T. Johnson, Tex. Bar No. 24082212
222 North Mound St., Suite #1
Nacogdoches, Texas 75961
Telephone: (936) 205-6775
Fax: (936)715-3022
Email: johnsondefenselaw@gmail.com
Attorney for Appellant

**APPELLANT'S MOTION FOR RULING ON MOTION TO ABATE APPEAL AND FOR *DE NOVO* HEARING UNDER 38.22 §6, Tx. Code Crim. Proc.**

TO THE HONORABLE JUDGES OF THE TWELFTH COURT OF APPEALS:

COMES NOW, the Appellant, Shakeitha Cartwright, by and through her attorney of record, Seth T. Johnson, and respectfully files this motion.

1. On 02/16/15 Appellant filed with this Honorable Court a motion to abate this appeal and to order the Trial Court to conduct *de novo* a suppression hearing concerning the voluntariness of Appellant's statements to law enforcement.

2. On 02/18/2015 the State was ordered to file a response to Appellant's motion on or before 03/02/2015.

3. To date, the State has not electronically filed a response with this Court as requested. However, on 03/02/2015, Appellant's counsel received a fax from the District Attorney purporting to be a file-stamped brief in opposition to Appellant's motion. It appears the brief may have been filed with the trial court instead of being made part of the appellate record.

4. Appellant opening brief is currently due on 04/06/2015.

5. In an abundance of caution to preserve the issue contained in the 02/16/15 motion for further review, Appellant files this motion respectfully requesting a ruling on her motion filed 02/16/15 and respectfully objecting to the lack of a ruling prior to the currently set deadline for her opening brief.

PRAYER

In light of the arguments in her original motion and the supplemental response filed 03/03/15, Appellant prays that her motion to abate the appeal and for a new voluntariness hearing be granted.

Respectfully submitted,

_____
Seth T. Johnson, #24082212
ATTORNEY FOR DEFENDANT
222 North Mound St. #1
Nacogdoches, TX 75961
(P) 936-205-6775
(F) 936-715-3022
johnsondefenselaw@gmail.com


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was hand-faxed and E-served to the Shelby County District Attorney's Office, Texas, on March 17, 2015.


_____
Seth T. Johnson, #24082212

3